BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01-0455 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TERMINATING |
| ) | SUPERVISED RELEASE |
| KENNETH CITRIN WILSON, ) | |
| ) | |
| Defendant. ) | |

1  With the concurrence of U.S. Probation Officer Sharon Alberts, Defendant Kenneth Citrin
2  Wilson respectfully requests, and the parties agree, that his term of supervised release be
3  terminated effective immediately.  According to Ms. Alberts, only a few months of the original
4  term of supervision remain and Mr. Wilson has successfully completed all of the requirements of
5  his release, including his community service.
6  IT IS SO STIPULATED.

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: 8/15/08

        _____/s/_____
        MATTHEW McCARTHY
        Assistant United States Attorney

DATED: 8/15/08

        _____/s/_____
        DANIEL P. BLANK
        Assistant Federal Public Defender
        Attorney for Kenneth Citrin Wilson

IT IS SO ORDERED.

DATED: August 19, 2008.

        _____
        WILLIAM H. ALSUP
        United States District Judge

[Stamp: IT IS SO ORDERED / Judge William Alsup]